1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  Jasmine L. Anderson (SBN 252973)
   400 Capitol Mall, Suite 2350
3  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
4  Facsimile: (916) 558-4839

5  Attorneys for Defendant
   GLATFELTER UNDERWRITING SERVICES, INC.,
6  d/b/a GLATFELTER INSURANCE GROUP

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                     Fresno Division

11 | RONETTE BRADSHAW, an individual, ) Case No. 1:08-CV-01898-OWW-SMS
                                     )
12 |         Plaintiff,               ) **STIPULATION AND ORDER OF**
                                     ) **DISMISSAL**
13 |     v.                           )
                                     ) **Fed.R.Civ.P. 41(a)(1)(ii)**
14 | GLATFELTER INSURANCE GROUP, a    )
   | Pennsylvania corporation, PAUL FULLER, an )
15 | individual, LORENA CONTRERAS, an )
   | individual, and DOES 1-50,       )
16 |                                  )
   |         Defendants.              )
17 |                                  )

18

19      Plaintiff Ronette Bradshaw and defendant Glatfelter Underwriting Services, Inc., d/b/a

20 Glatfelter Insurance Group, by and through their respective counsel, hereby stipulate that the

21 above-captioned action be and hereby is dismissed with prejudice, each side to bear its own costs

22 and attorneys' fees.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

                              1
              STIPULATION AND ORDER OF DISMISSAL

SC1 17108091.1 / 58251-000003

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  November 19, 2009                    SEYFARTH SHAW LLP


By: /s/ Mark P. Grajski
     Mark P. Grajski
     Jasmine L. Anderson
Attorneys for Defendant
GLATFELTER UNDERWRITING
SERVICES, INC.


DATED:  November 19, 2009                    LAW OFFICE WAUKEEN Q. MCCOY


By: /s/ Waukeen Q. McCoy
     Waukeen Q. McCoy
     Spencer F. Smith
Attorneys for Plaintiff
RONETTE BRADSHAW


**IT IS SO ORDERED:**


DATED:  November 19, 2009                    /s/ OLIVER W. WANGER
                                             United States District Court Judge

2
STIPULATION AND ORDER OF DISMISSAL

SC1 17108091.1 / 58251-000003

PDF created with pdfFactory trial version www.pdffactory.com